UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11466
    CHERISH ZENATI MCCRAW
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
            Debtor
    SSN XXX-XX-0442

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/27/2007 and was not confirmed.

    The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT AUTO RACE | SECURED VEHIC | 1400.00 | .00 | 133.56 |
| CIRCUIT COURT OF COOK CO | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 355.55 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 576.72 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| MICHELLE T BOGACKI DDS | UNSECURED | NOT FILED | .00 | .00 |
| GALLO REALTY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS & LIGHT | UNSECURED | 2646.97 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 408.10 | .00 | .00 |
| SWEDISH COVENANT HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 1491.55 | .00 | .00 |
| DAVID M SIEGEL | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 9.90 |
| DEBTOR REFUND | REFUND | | | 106.54 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 250.00 | |
| PRIORITY | | .00 |
| SECURED | | 133.56 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 9.90 |
| DEBTOR REFUND | | 106.54 |
| TOTALS | 250.00 | 250.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 11466 CHERISH ZENATI MCCRAW

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/26/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE